UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Christopher Tyrone Scott**                                   **Docket No. 5:15-CR-131-1H**
**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christopher Tyrone Scott, who, upon an earlier plea of guilty to 18 U.S.C. §1791(a)(1)&(d)(1)(B), Obtaining and Possessing Contraband in Prison, was sentenced by the Honorable Robert E. Payne, U.S. District Judge for the Eastern District of Virginia, on February 7, 2013, to the custody of the Bureau of Prisons for a term of 12 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Tyrone Scott was released from custody on November 28, 2014, at which time the term of supervised release commenced.

On February 19, 2015, the Eastern District of Virginia was notified that the defendant tested positive for marijuana on February 6, 2015. The defendant was verbally reprimanded for his drug use and substance abuse treatment was increased. Transfer of Jurisdiction to the Eastern District of North Carolina was completed on April 29, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on May 11, 2015. He signed an admission, admitting to the use of marijuana on May 7, 2015. The defendant is currently enrolled in our Surprise Urinalysis Program and is attending individual and group substance abuse counseling with our local treatment provider. It is requested that the defendant serve 2 days in jail for his drug use and continue with substance abuse counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: May 19, 2015

Christopher Tyrone Scott
Docket No. 5:15-CR-131-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __MAY__, 2015 and ordered filed and made a part of the records in the above case.

_Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge